148    GILLESPIE *v.* MURPHY, Appellant (No. 1).

Opinion of Court below—Opinion of the Court. [70 Pa. Superior Ct.

2. That the writ of scire facias was properly issued and cannot be quashed.

3. That the written contract—"Exhibit A"—attached to the amended answer of the defendant, is not a lease of Murphy's mine, but a contract that Ramsey was to act as Murphy's manager to hire miners for him and to carry on the business of operating his mine along the lines therein specified.

4. That the plaintiff is entitled to judgment.

*Error assigned* was the judgment of the court.

*Harry F. Moore,* with him *R. W. Knox* and *McIlvaine, Williams & McCreight,* for appellant.—It is true that the use of the word lease is not conclusive that the agreement was a lease, but it does show what the parties had in mind when the agreement was made, and must be considered as one of the elements which go to make up a lease. It has been held that "any language by which the possession is transferred for a limited time, for the stipulated return, creates a tenancy and is in fact a lease": Pickering v. O'Brien, 23 Pa. Superior Ct. 125.

*J. Boyd Crumrine,* with him *Acheson & Crumrine* and *C. L. V. Acheson,* for appellee.

PER CURIAM, July 10, 1918:

For the reasons given by Judge MCILVAINE in overruling the motion for a reargument and sustaining the judgment theretofore entered, the judgment entered in this case is affirmed.

---

## Gillespie *v.* Murphy, Appellant (No. 2).

This case involved the same question as Gillespie v. Murphy, Appellant, supra.

PER CURIAM, July 10, 1918:

The judgment in this case is affirmed for the reasons given in the opinion in the court below.